# United States District Court
# Western District of North Carolina
# Charlotte Division

| TRACEY TERRELL GRADY, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 3:20-cv-00095-MR |
| vs. | ) | |
| B. S., et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2022 Memorandum of Decision and Order.

June 21, 2022

Frank G. Johns, Clerk
United States District Court